# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re: Acevedo, Sally C.              §     Case No. 16-11657-BAH
       Acevedo, Rito                §
                                       §
Debtor(s)                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Michael S. Askenaizer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $4,654,400.00
*(without deducting any secured claims)*

Assets Exempt: $28,900.00

Total Distribution to Claimants: $9,902.78

Claims Discharged
Without Payment: $6,065.24

Total Expenses of Administration: $1,409,932.00

3)  Total gross receipts of $ 1,419,834.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,419,834.78 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,962,000.00 | $5,444,335.00 | $2,500.00 | $2,500.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,447,310.61 | 1,409,932.00 | 1,409,932.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 212,417.96 | 215,903.31 | 7,402.78 | 7,402.78 |
| **TOTAL DISBURSEMENTS** | $3,174,417.96 | $7,107,548.92 | $1,419,834.78 | $1,419,834.78 |

4)  This case was originally filed under Chapter 7 on November 29, 2016. The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/11/2018            By:  /s/Michael S. Askenaizer
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 664 Route 111, Hampstead, New Hampshire 03826, R | 1110-000 | 1,378,756.22 |
| Rents | 1122-000 | 41,078.56 |
| **TOTAL GROSS RECEIPTS** | | **$1,419,834.78** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S | Randall L. Bennett, | 4110-000 | 1,100,000.00 | 1,554,265.90 | 0.00 | 0.00 |
| 7 | Timothy P. Smith, Ch. 7 Trustee of | 4110-000 | N/A | 200,000.00 | 0.00 | 0.00 |
| 8 | Randy Bennett, Trustee of April-May Trust | 4110-000 | N/A | 379,037.30 | 0.00 | 0.00 |
| 11S | Randall L. Bennett, | 4110-000 | 1,100,000.00 | 1,554,265.90 | 0.00 | 0.00 |
| RS2 | Timothy P. Smith, Esq. | 4110-000 | N/A | 200,000.00 | 0.00 | 0.00 |
| RS3S | Randall L. Bennett, Trustee | 4110-000 | N/A | 1,554,265.90 | 0.00 | 0.00 |
| 11RENTS | Randall L. Bennett, Trustee April May Realty | 4120-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| NOTFILED | First Nat'l Bank of Ipswich | 4110-000 | 375,000.00 | N/A | N/A | 0.00 |
| NOTFILED | First Nat'l Bank of Ipswich | 4110-000 | 375,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Eastern Bank | 4110-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Eastern Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | $2,962,000.00 | $5,444,335.00 | $2,500.00 | $2,500.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - Duane A. D'Agnese & Company, P.A. | 3410-000 | N/A | 4,800.00 | 4,800.00 | 4,800.00 |
| Other - Beliveau, Fradette & Gallant, PA | 3220-610 | N/A | 0.00 | 0.00 | 0.00 |
| Other - Beliveau, Fradette & Gallant, PA | 3220-610 | N/A | 993.72 | 993.72 | 993.72 |
| Other - Beliveau, Fradette & Gallant, PA | 3210-600 | N/A | 47,018.90 | 47,018.90 | 47,018.90 |
| Other - Beliveau, Fradette & Gallant, PA | 3210-600 | N/A | 0.00 | 0.00 | 0.00 |
| Other - Merchants Insurance Group | 2420-000 | N/A | 4,579.35 | 4,579.35 | 4,579.35 |
| Other - JM Protective Services, LLC | 2420-000 | N/A | 4,104.94 | 3,924.69 | 3,924.69 |
| Other - Vici Kramar | 3510-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Other - State of New Hampshire | 2820-000 | N/A | 4,264.00 | 4,264.00 | 4,264.00 |
| Trustee Expenses - Michael S. Askenaizer | 2200-000 | N/A | 170.57 | 170.57 | 170.57 |
| Trustee Compensation - Michael S. Askenaizer | 2100-000 | N/A | 65,845.04 | 28,646.68 | 28,646.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Merchants Mutual Insurance Company | 2420-000 | N/A | 7.00 | 7.00 | 7.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.02 | 13.02 | 13.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.73 | 19.73 | 19.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.72 | 19.72 | 19.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.43 | 26.43 | 26.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.45 | 28.45 | 28.45 |
| Other - Law Offices of Michael S. Askenaizer, PLLC | 2300-000 | N/A | 5.85 | 5.85 | 5.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.19 | 31.19 | 31.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.23 | 34.23 | 34.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.51 | 34.51 | 34.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.50 | 41.50 | 41.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.62 | 42.62 | 42.62 |
| Other - LaFlamme, Barron & Chabot | 2990-000 | N/A | 379,037.00 | 379,037.00 | 379,037.00 |
| Other - LaFlamme, Barron & Chabot | 2990-000 | N/A | 933,463.00 | 933,463.00 | 933,463.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.23 | 72.23 | 72.23 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.60 | 76.60 | 76.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.01 | 61.01 | 61.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,447,310.61 | $1,409,932.00 | $1,409,932.00 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Town of Hampstead | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 1 -2 | Town of Hampstead | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 | Marlin Business Bank | 7100-000 | 2,904.40 | 2,929.40 | 2,929.40 | 2,929.40 |
| 3 | Wells Fargo Bank, N.A. | 7100-000 | 584.09 | 608.09 | 608.09 | 608.09 |
| 4 | Public Service of New Hampshire DBA Eversource | 7100-000 | N/A | 1,001.06 | 1,001.06 | 1,001.06 |
| 5 | U.S. Bank National Association | 7100-000 | 2,864.23 | 2,864.23 | 2,864.23 | 2,864.23 |
| 6U | Randall L. Bennett, | 7100-000 | 0.00 | 2,833.51 | 0.00 | 0.00 |
| 9 | Town of Hampstead | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 9 -2 | Town of Hampstead | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 10 | Timothy P. Smith, Ch. 7 Trustee of | 7100-000 | 200,000.00 | 200,000.00 | 0.00 | 0.00 |
| 11U | Randall L. Bennett, | 7100-000 | N/A | 2,833.51 | 0.00 | 0.00 |
| RS1 | Town of Hampstead | 7100-000 | N/A | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| RS1 -2 | Town of Hampstead | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| RS3U | Randall L. Bennett, Trustee | 7100-000 | N/A | 2,833.51 | 0.00 | 0.00 |
| NOTFILED | Ford &McPartlin, P.A. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 861.23 | N/A | N/A | 0.00 |
| NOTFILED | Chase Slate | 7100-000 | 5,204.01 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $212,417.96 | $215,903.31 | $7,402.78 | $7,402.78 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 16-11657-BAH | **Trustee:** (490100) Michael S. Askenaizer |
| **Case Name:** Acevedo, Sally C. | **Filed (f) or Converted (c):** 11/29/16 (f) |
| Acevedo, Rito | **§341(a) Meeting Date:** 12/29/16 |
| **Period Ending:** 09/11/18 | **Claims Bar Date:** 03/29/17 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | 664 Route 111, Hampstead, New Hampshire 03826, R<br><br>  Orig. Asset Memo: Imported from original petition Doc# 16 (Schedule A/B, Part 1, Line 1.1); Imported from Amended Doc#: 69; Original lien amount: 0.00 Nature of ownership interest:  Rito Acevedo, Trustee of Rito Acevedo RevocableTrust<br><br>For explanation of funds received, see Settlement Statement and Stipulation By and Between the CHapter 7 Trustee and Randall L. Bennett, Trustee of the April-May Realty Trust filed and approved by USBC - (Doc. No. 67-1 in R&S Realty Trust case) | 100,000.00 | 0.00 | | 1,378,756.22 | FA |
| 2 | Cilley Road, Raymond, NH,<br>  Orig. Asset Memo: Imported from original petition Doc# 16 (Schedule A/B, Part 1, Line 1.2)<br>Amended in Doc. # 69 filed  3/7/17 (Schedule A/B, Part 1, Line 1.2)<br>Nature of ownership interest:  Rito Acevedo, Trustee of the Rito Acevedo Revocable Trust | 265,000.00 | 0.00 | | 0.00 | FA |
| 3 | Entire property value:-entry scraped by software<br>  Orig. Asset Memo: Imported from original petition Doc# 16.<br>from sections of Debtors' schedule A/B.   Insignificant / incomplete information - See schedules. | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account: Santander Bank<br>  Orig. Asset Memo: Imported from original petition Doc# 16 (Sch. A/B, Line 17.1); Imported from Amended Doc#: 69; Original asset description: Checking account: Santander | 3,500.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account: Santander Bank<br>  Orig. Asset Memo: Imported from original petition Doc# 16 (Sch. A/B, Line 17.2); Imported from Amended Doc#: 69; Original asset description: Checking account: Swampscott Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | furnishings for2-BR condo | 2,500.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 16-11657-BAH | **Trustee:** (490100) Michael S. Askenaizer |
| **Case Name:** Acevedo, Sally C. | **Filed (f) or Converted (c):** 11/29/16 (f) |
| Acevedo, Rito | **§341(a) Meeting Date:** 12/29/16 |
| **Period Ending:** 09/11/18 | **Claims Bar Date:** 03/29/17 |

| Ref. # | 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 16 (Sch A/B, Line 6); Imported from Amended Doc#: 69 | | | | | |
| 7 | women s clothes; men s clothes<br>    Orig. Asset Memo: Imported from original petition Doc# 16 (Sch A/B, Line 11); Imported from Amended Doc#: 69; Original asset description: women's clothes; men's clothes | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Little Mexico of Hampstead, Inc., 100% ownership<br>    Orig. Asset Memo: Imported from original petition Doc# 16 (Sch A/B, Line 19); Imported from Amended Doc#: 69 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Little Mexico of E Hampstead, Inc.<br>    Orig. Asset Memo: Imported from original petition Doc# 16 (Sch A/B, Line 27); Imported from Amended Doc#: 69; Original asset description: Little Mexico of E Hampstead, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2005 Ford F150. Entire property value: $5,000.00<br>    Orig. Asset Memo: Imported from original petition Doc# 16 (Sch A/B, Line 3.1); Imported from Amended Doc#: 69; Original asset description: 2005 Ford F150; Original exemption amount: 5000.00 | 5,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2015 Hyundai Velostar. Entire property value: $1<br>    Orig. Asset Memo: Imported from original petition Doc# 16 (Sch A/B, Line 3.2); Imported from Amended Doc#: 69; Original asset description: 2015 Hyundai Velostar; Original lien amount: 0.00 | 12,000.00 | 0.00 | | 0.00 | FA |
| 12 | R&S Realty Trust, 100% ownership<br>    Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended Doc#: 69 (Sch A/B, Line 19);<br>Not originally scheduled; Imported from Amended Doc#: 69; Original exemption amount: 0.00 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | R&S Realty Trust; Rito Acevedo Revocable Trust;<br>    Orig. Asset Memo: | 2,365,000.00 | 1,750,000.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 16-11657-BAH | **Trustee:** (490100) Michael S. Askenaizer |
| **Case Name:** Acevedo, Sally C. | **Filed (f) or Converted (c):** 11/29/16 (f) |
| Acevedo, Rito | **§341(a) Meeting Date:** 12/29/16 |
| **Period Ending:** 09/11/18 | **Claims Bar Date:** 03/29/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| Not originally scheduled; Imported from Amended Doc#: 69 (Sch A/B, Line 25) R&S Realty Trust; Rito Acevedo Revocable Trust; Sally Acevedo RevocableTrust; Not originally scheduled | | | | | |
| 14 Checking account with TD Bank<br>  Orig. Asset Memo: Amended Schedules - Doc. #69 filed 3/7/17.  See "Attachment 3".; | 0.00 | 0.00 | | 0.00 | FA |
| 15 Land and commercial building (restaurant)<br>  (Originally schedule in case 16-11658 as asset number 1)<br>Doc. #22 filed 12/27/2016 (line 55.1) | 2,000,000.00 | 1,750,000.00 | | 0.00 | FA |
| 16 Rents<br>  (Originally schedule in case 16-11658 as asset number 2)<br>Scheduled asset manually created pursuant to Dave Quinn's guidance - see QuicDocs email of March 3, 2017.<br>Acevedo and R&S cases consolidated 11/1/2017 (Doc. Nos. 77 and 96 respectively).   Acevedo designated LEAD CASE - Funds transferred from R&S to Acevedo accordingly. | 0.00 | 32,250.27 | | 2,500.00 | FA |
| **16   Assets    Totals** (Excluding unknown values) | **$4,754,400.00** | **$3,532,250.27** | | **$1,381,256.22** | **$0.00** |

**Major Activities Affecting Case Closing:**

Complete sale of asset #13.

**Initial Projected Of Final Report (TFR):**     June 1, 2018          **Current Projected Date Of Final Report (TFR):**     March 14, 2018  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 16-11657-BAH | |
| **Case Name:** | Acevedo, Sally C. | |
| | Acevedo, Rito | |
| **Taxpayer ID #:** | **-***7608 | |
| **Period Ending:** | 09/11/18 | |

| | |
|---|---|
| **Trustee:** | Michael S. Askenaizer (490100) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5466 - Checking Account (R&S) |
| **Blanket Bond:** | $15,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/08/16 | {16} | Route 111 Auto Sales of Hampstead<br>664 Route 111<br>Hampstead, NH 03841 | Rent | 1122-000 | 2,400.00 | | 2,400.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,390.00 |
| 01/04/17 | {16} | Route 111 Auto Sales of Hampstead<br>664 Route 111<br>Hampstead, NH 03841 | Rent | 1122-000 | 2,400.00 | | 4,790.00 |
| 01/20/17 | 101 | Merchants Mutual Insurance<br>Company<br>P.O. Box 4031<br>Buffalo, NY 14240 | Account No. A000222748 / Policy No.<br>CMP9154073 | 2420-000 | | 7.00 | 4,783.00 |
| 01/30/17 | {16} | Dan Bodwell | Rent payment -  December & January | 1122-000 | 2,400.00 | | 7,183.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,173.00 |
| 02/01/17 | {16} | Route 111 Auto Sales of Hampstead<br>664 Route 111<br>Hampstead, NH 03841 | Feb. rent | 1122-000 | 2,400.00 | | 9,573.00 |
| 02/17/17 | {16} | Daniel Bodwell<br>27B Charles St.<br>Haverhill, MA 01830 | February rent for property Rt. 660, Hampstead,<br>NH | 1122-000 | 1,200.00 | | 10,773.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.02 | 10,759.98 |
| 03/02/17 | {16} | Route 11 Auto Sales of Hampstead<br>664 Route 111<br>Hampstead, NH 03841 | Rent - 3/1/2017 | 1122-000 | 2,400.00 | | 13,159.98 |
| 03/21/17 | {16} | Daniel Bodwell | March Rent | 1122-000 | 1,200.00 | | 14,359.98 |
| 03/30/17 | 102 | JM Protective Services, LLC<br>Attn: Joseph A. Morrison, Jr.<br>8030 South Willow St.,Bldg. 2, Unit<br>3<br>Manchester, NH 03103 | Per Court order, balance due for providing fire<br>protection equipment & monitoring services | 2420-000 | | 2,004.94 | 12,355.04 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.73 | 12,335.31 |
| 04/03/17 | {16} | Route 11 Auto Sales of Hampstead<br>664 Route 111<br>Hampstead, NH 03841 | April rent | 1122-000 | 2,500.00 | | 14,835.31 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.72 | 14,815.59 |
| 05/04/17 | {16} | Route 111 Auto Sales of Hampstead<br>664 Route 111<br>Hampstead, NH 03841 | Rent ($2,500) less repairs ($480.35) paid for<br>by tenant | 1122-000 | 2,019.65 | | 16,835.24 |
| 05/16/17 | 103 | JM Protective Services, LLC<br>Attn: Joseph A. Morrison, Jr. | Ref # LITTLE MEXICO OF EAST HAM | 2420-000 | | 299.75 | 16,535.49 |

| | | | | Subtotals : | $18,919.65 | $2,384.16 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 16-11657-BAH | |
| **Case Name:** Acevedo, Sally C. | |
| Acevedo, Rito | |
| **Taxpayer ID #:** **-***7608 | |
| **Period Ending:** 09/11/18 | |

| | |
|---|---|
| **Trustee:** Michael S. Askenaizer (490100) | |
| **Bank Name:** Rabobank, N.A. | |
| **Account:** ******5466 - Checking Account (R&S) | |
| **Blanket Bond:** $15,000,000.00  (per case limit) | |
| **Separate Bond:** N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | 8030 South Willow St.,Bldg. 2, Unit 3<br>Manchester, NH 03103 | | | | | |
| 05/16/17 | 104 | Merchants Insurance Group<br>PO Box 4031<br>Buffalo, NY 14240 | Ref # A000222748 | 2420-000 | | 225.96 | 16,309.53 |
| 05/24/17 | {16} | Kristy M. Bodwell-McLean<br>27 B Charles St<br>Haverhill, MA 01830 | Rent | 1122-000 | 1,200.00 | | 17,509.53 |
| 05/24/17 | {16} | Kristy M. Bodwell-Mclean<br>27 B Charles St<br>Haverhill, MA 01830 | Rent | 1122-000 | 1,200.00 | | 18,709.53 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.43 | 18,683.10 |
| 06/02/17 | 105 | JM Protective Services, LLC<br>Attn: Joseph A. Morrison, Jr.<br>8030 South Willow St.,Bldg. 2, Unit 3<br>Manchester, NH 03103 | Invoice No. 9839 dated 4/30/2017;  Reference Little Mexico of East Hampstead | 2420-000 | | 270.00 | 18,413.10 |
| 06/02/17 | 106 | JM Protective Services, LLC<br>Attn: Joseph A. Morrison, Jr.<br>8030 South Willow St.,Bldg. 2, Unit 3<br>Manchester, NH 03103 | Invoice No. 9845 dated 4/30/2017;  Reference R&S Realty Trust | 2420-000 | | 270.00 | 18,143.10 |
| 06/05/17 | {16} | Route 111 Auto Sales of Hampstead<br>664 Route 111<br>Hampstead, NH 03841 | Rent - less $200 property maintenance | 1122-000 | 2,300.00 | | 20,443.10 |
| 06/05/17 | 107 | Merchants Insurance Group<br>PO Box 4031<br>Buffalo, NY 14240 | Ref # A000222748; Inv. dated My 30, 2017 | 2420-000 | | 433.35 | 20,009.75 |
| 06/30/17 | {16} | Route 111 Auto Sales of Hampstead<br>664 Route 111<br>Hampstead, NH 03841 | Rent ($2,500) less mowing ($200) | 1122-000 | 2,300.00 | | 22,309.75 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.45 | 22,281.30 |
| 07/05/17 | {16} | Kristy & Daniel Bodwell<br>27B Charles St<br>Haverhill, MA 01830 | Rent - June | 1122-000 | 1,200.00 | | 23,481.30 |
| 07/19/17 | 108 | Merchants Insurance Group<br>PO Box 4031<br>Buffalo, NY 14240 | Ref # A000222748 | 2420-000 | | 3,920.04 | 19,561.26 |

| | | |
|---|---|---|
| Subtotals : | $8,200.00 | $5,174.23 |

Printed: 09/11/2018 02:19 PM    V.14.14

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 16-11657-BAH | |
| **Case Name:** | Acevedo, Sally C. | |
| | Acevedo, Rito | |
| **Taxpayer ID #:** | **-***7608 | |
| **Period Ending:** | 09/11/18 | |

| | |
|---|---|
| **Trustee:** | Michael S. Askenaizer (490100) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5466 - Checking Account (R&S) |
| **Blanket Bond:** | $15,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/24/17 | 109 | JM Protective Services, LLC<br>Attn: Joseph A. Morrison, Jr.<br>8030 South Willow St.,Bldg. 2, Unit 3<br>Manchester, NH 03103 | Ref: R&S Realty Trust; Inv. #9845 dated 4/30/17 and Inv. #FC 440 dated 7/12/17<br>Voided on 07/24/17 | 2420-000 | | 839.16 | 18,722.10 |
| 07/24/17 | 109 | JM Protective Services, LLC<br>Attn: Joseph A. Morrison, Jr.<br>8030 South Willow St.,Bldg. 2, Unit 3<br>Manchester, NH 03103 | Ref: R&S Realty Trust; Inv. #9845 dated 4/30/17 and Inv. #FC 440 dated 7/12/17<br>Voided: check issued on 07/24/17 | 2420-000 | | -839.16 | 19,561.26 |
| 07/24/17 | 110 | JM Protective Services, LLC<br>Attn: Joseph A. Morrison, Jr.<br>8030 South Willow St.,Bldg. 2, Unit 3<br>Manchester, NH 03103 | Ref. Little Mexico Inv. #9839 dated 4/30/17 & Inv. #FC 438 dated 7/12/17<br>Voided on 07/24/17 | 2420-000 | | 1,113.70 | 18,447.56 |
| 07/24/17 | 110 | JM Protective Services, LLC<br>Attn: Joseph A. Morrison, Jr.<br>8030 South Willow St.,Bldg. 2, Unit 3<br>Manchester, NH 03103 | Ref. Little Mexico Inv. #9839 dated 4/30/17 & Inv. #FC 438 dated 7/12/17<br>Voided: check issued on 07/24/17 | 2420-000 | | -1,113.70 | 19,561.26 |
| 07/24/17 | 111 | JM Protective Services, LLC<br>Attn: Joseph A. Morrison, Jr.<br>8030 South Willow St.,Bldg. 2, Unit 3<br>Manchester, NH 03103 | Ref: R&S Realty Trust; Inv. #9845 dated 4/30/17 and Inv. #FC 440 dated 7/12/17 | 2420-000 | | 270.00 | 19,291.26 |
| 07/24/17 | 112 | JM Protective Services, LLC<br>Attn: Joseph A. Morrison, Jr.<br>8030 South Willow St.,Bldg. 2, Unit 3<br>Manchester, NH 03103 | Ref. Little Mexico Inv. #9839 dated 4/30/17 & Inv. #FC 438 dated 7/12/17 | 2420-000 | | 270.00 | 19,021.26 |
| 07/26/17 | 113 | Law Offices of Michael S. Askenaizer, PLLC<br>29 Factory Street<br>Nashua, NH 03060 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/26/2017 FOR CASE #16-11658, Bond # 016027599; Trustee Bond Term:  8/1/17 to 8/1/18 | 2300-000 | | 5.85 | 19,015.41 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.19 | 18,984.22 |
| 08/03/17 | {16} | Route 111 Auto Sales of Hampstead<br>664 Route 111<br>Hampstead, NH 03841 | Rent:  $2,500 less mowing $220 and supplies $171.09 | 1122-000 | 2,108.91 | | 21,093.13 |
| 08/17/17 | {16} | Scott E. Gonyer<br>12 Phyllis Ave | Rent (Bodwell) - July | 1122-000 | 1,200.00 | | 22,293.13 |

Subtotals :  $3,308.91  $577.04

{} Asset reference(s)

Printed: 09/11/2018 02:19 PM    V.14.14

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 16-11657-BAH | |
| **Case Name:** | Acevedo, Sally C. | |
| | Acevedo, Rito | |
| **Taxpayer ID #:** | **-***7608 | |
| **Period Ending:** | 09/11/18 | |

| | |
|---|---|
| **Trustee:** | Michael S. Askenaizer (490100) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5466 - Checking Account (R&S) |
| **Blanket Bond:** | $15,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Raymond, NH 03077 | | | | | |
| 08/17/17 | {16} | Scott E. Gonyer<br>12 Phyllis Ave<br>Raymond, NH 03077 | Rent (Bodwell) - August | 1122-000 | 1,200.00 | | 23,493.13 |
| 08/25/17 | 114 | JM Protective Services, LLC<br>Attn: Joseph A. Morrison, Jr.<br>8030 South Willow St.,Bldg. 2, Unit<br>3<br>Manchester, NH 03103 | Ref: R&S Realty Trust; Invoice dated<br>8/16/2017 | 2420-000 | | 270.00 | 23,223.13 |
| 08/25/17 | 115 | JM Protective Services, LLC<br>Attn: Joseph A. Morrison, Jr.<br>8030 South Willow St.,Bldg. 2, Unit<br>3<br>Manchester, NH 03103 | Ref:  Little Mexico of East Hampstead, Inc.;<br>Invoice dated 8/16/2017 | 2420-000 | | 270.00 | 22,953.13 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.23 | 22,918.90 |
| 09/01/17 | {16} | Route 111 Auto Sales of Hampstead<br>664 Route 111<br>Hampstead, NH 03841 | Rent ($2,500 less maintenance of $200) | 1122-000 | 2,300.00 | | 25,218.90 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.51 | 25,184.39 |
| 10/04/17 | {16} | Route 111 Auto Sales of Hampstead<br>664 Route 111<br>Hampstead, NH 03841 | Rent - $2,500 less $200 mowing | 1122-000 | 2,300.00 | | 27,484.39 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.50 | 27,442.89 |
| 11/01/17 | {16} | Route 111 Auto Sales of Hampstead<br>664 Route 111<br>Hampstead, NH 03841 | Rent:  $2,500 less grass cutting/trimming | 1122-000 | 2,350.00 | | 29,792.89 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.62 | 29,750.27 |
| 12/04/17 | 116 | Michael S. Askenaizer, Chapter 7<br>Trustee for Sally & Rito Ac<br>29 Factory Street<br>Nashua, NH 03060 | To close account pursuant to Court order<br>consolidating cases.  Acevedo is now LEAD<br>CASE | 9999-000 | | 28,750.27 | 1,000.00 |
| 12/04/17 | 117 | Michael S. Askenaizer, Chapter 7<br>Trustee for the Estate of S | To close account pursuant to Court order<br>consolidating cases.  Acevedo is now LEAD<br>CASE | 9999-000 | | 1,000.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 38,578.56 | 38,578.56 | $0.00 |
| Less: Bank Transfers | 0.00 | 29,750.27 | |
| **Subtotal** | 38,578.56 | 8,828.29 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$38,578.56** | **$8,828.29** | |

Printed: 09/11/2018 02:19 PM   V.14.14

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 16-11657-BAH | |
| **Case Name:** | Acevedo, Sally C. | |
| | Acevedo, Rito | |
| **Taxpayer ID #:** | **-***7608 | |
| **Period Ending:** | 09/11/18 | |

| | |
|---|---|
| **Trustee:** | Michael S. Askenaizer (490100) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******8366 - Checking Account |
| **Blanket Bond:** | $15,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/04/17 | | Michael S. Askenaizer, Chapter 7 Trustee - R&S Realty Trust | Transfer funds R&S Realty Truste - consolidated case (Ct. Order of 11/1/17; Doc. No. 96) | 9999-000 | 1,000.00 | | 1,000.00 |
| 12/04/17 | | Michael S. Askenaizer, Chapter 7 Trustee - R&S Realty Trust | Transfer of Funds from R&S Realty Truste - consolidated case (Ct. Order of 11/1/17; Doc. No. 96) | 9999-000 | 28,750.27 | | 29,750.27 |
| 12/05/17 | {16} | Route 111 Auto Sales of Hampstead 664 Route 111 Hampstead, NH 03841 | Rent - consolidated case with R&S Realty Trust | 1122-000 | 2,500.00 | | 32,250.27 |
| 12/05/17 | | LaFlamme, Barron & Chabot | Proceeds from sale of restaurant property | | 66,256.22 | | 98,506.49 |
| | {1} | | See settlement stmt and approved Stipulation (Doc. no. 67-1 in R&S Realty case)                1,378,756.22 | 1110-000 | | | 98,506.49 |
| | | | Amount due per 1st Ipswich Bank POC subsequently transferred to April-May Realty Trust. See Settlement Statement & Stipulation.                -379,037.00 | 2990-000 | | | 98,506.49 |
| | | | Portion of April-May Realty Trust claim per its POC.  See Settlement Statement & Stipulation.                -933,463.00 | 2990-000 | | | 98,506.49 |
| 12/06/17 | 101 | Beliveau, Fradette & Gallant, PA Attn:  Clifford P. Gallant, Jr., Esq. 91 Bay Street Manchester, NH 03104 | Court approved 1st interim fee application 12/6/2017 (Doc. No. 108) | 3210-600 | | 44,190.00 | 54,316.49 |
| 12/06/17 | 102 | Beliveau, Fradette & Gallant, PA Attn:  Clifford P. Gallant, Jr., Esq. 91 Bay Street Manchester, NH 03104 | Court approved 1st interim fee application 12/6/2017 (Doc. No. 108) | 3220-610 | | 822.62 | 53,493.87 |
| 12/07/17 | 103 | Randall L. Bennett, Trustee April May Realty c/o William J. Barron, Esq. 114 Kenoza Avenue Haverhill, MA 01830 | Post petition rents pursuant to Stipulation and Settlement Agreement dated 9/29/2017 (Doc. no. 67-1) | 4120-000 | | 2,500.00 | 50,993.87 |
| 12/20/17 | 104 | Vici Kramar 41 Old Coach Road Salem, NH 03079 | Payment in full pursuant to Court order approving employment | 3510-000 | | 2,500.00 | 48,493.87 |
| | | | Subtotals : | | $98,506.49 | $50,012.62 | |

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 16-11657-BAH |
| **Case Name:** | Acevedo, Sally C. |
| | Acevedo, Rito |
| **Taxpayer ID #:** | **-***7608 |
| **Period Ending:** | 09/11/18 |

| | |
|---|---|
| **Trustee:** | Michael S. Askenaizer (490100) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******8366 - Checking Account |
| **Blanket Bond:** | $15,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.23 | 48,421.64 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.60 | 48,345.04 |
| 02/06/18 | 105 | State of New Hampshire<br>NH Department of Revenue Admin.<br>PO Box 637<br>Concord, NH 03302-0637 | 2017 Business Enterprise Tax Return;<br>TAXPAYER ID # 549624936 | 2820-000 | | 4,264.00 | 44,081.04 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.01 | 44,020.03 |
| 03/01/18 | 106 | Duane A. D'Agnese & Company,<br>P.A.<br>132 Portsmouth Street<br>Concord, NH 03301 | Court approved final fee applicaiton on<br>3/1/2018 (Doc. No. 122) | 3410-000 | | 4,800.00 | 39,220.03 |
| 06/18/18 | 107 | Beliveau, Fradette & Gallant, PA<br>Attn:  Clifford P. Gallant, Jr., Esq.<br>91 Bay Street<br>Manchester, NH 03104 | Dividend paid 100.00% on $993.72, Special<br>Counsel for Trustee Expenses;  Reference: | 3220-610 | | 171.10 | 39,048.93 |
| 06/18/18 | 108 | Beliveau, Fradette & Gallant, PA<br>Attn:  Clifford P. Gallant, Jr., Esq.<br>91 Bay Street<br>Manchester, NH 03104 | Dividend paid 100.00% on $47,018.90, Special<br>Counsel for Trustee Fees;  Reference: | 3210-600 | | 2,828.90 | 36,220.03 |
| 06/18/18 | 109 | Marlin Business Bank<br>Attn.: Bankruptcy Department<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | Dividend paid 100.00% on $2,929.40; Claim#<br>2; Filed: $2,929.40; Reference: | 7100-000 | | 2,929.40 | 33,290.63 |
| 06/18/18 | 110 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Dividend paid 100.00% on $608.09; Claim# 3;<br>Filed: $608.09; Reference: | 7100-000 | | 608.09 | 32,682.54 |
| 06/18/18 | 111 | Public Service of New Hampshire<br>DBA Eversource<br>PO Box 2899<br>Hartford, CT 06101 | Dividend paid 100.00% on $1,001.06; Claim#<br>4; Filed: $1,001.06; Reference: | 7100-000 | | 1,001.06 | 31,681.48 |
| 06/18/18 | 112 | U.S. Bank National Association<br>dba Elan Financial Services<br>Bankruptcy Department,PO Box 108<br>St. Louis, MO 63166-0108 | Dividend paid 100.00% on $2,864.23; Claim#<br>5; Filed: $2,864.23; Reference: | 7100-000 | | 2,864.23 | 28,817.25 |
| 06/18/18 | 113 | Michael S. Askenaizer | COMBINED CHECK FOR TRUSTEE<br>COMPENSATION, EXPENSES AND<br>INTEREST | | | 28,817.25 | 0.00 |
| | | | Dividend paid 100.00%          28,646.68 | 2100-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| | Subtotals : | $0.00 | $48,493.87 |

{} Asset reference(s)

Printed: 09/11/2018 02:19 PM    V.14.14

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 16-11657-BAH | |
| **Case Name:** | Acevedo, Sally C. | |
| | Acevedo, Rito | |
| **Taxpayer ID #:** | **-***7608 | |
| **Period Ending:** | 09/11/18 | |

| | |
|---|---|
| **Trustee:** | Michael S. Askenaizer (490100) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******8366 - Checking Account |
| **Blanket Bond:** | $15,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $28,646.68;  Claim#<br>TRUS-FEE; Filed:<br>$65,845.04 | | | | |
| | | | Dividend paid 100.00%           170.57<br>on $170.57;  Claim#<br>TRUS-EXP; Filed:<br>$170.57 | 2200-000 | | | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 98,506.49 | 98,506.49 | $0.00 |
| Less: Bank Transfers | 29,750.27 | 0.00 | |
| **Subtotal** | 68,756.22 | 98,506.49 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $68,756.22 | $98,506.49 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5466** | 38,578.56 | 8,828.29 | 0.00 |
| **Checking # ******8366** | 68,756.22 | 98,506.49 | 0.00 |
| | $107,334.78 | $107,334.78 | $0.00 |

{} Asset reference(s)

Printed: 09/11/2018 02:19 PM    V.14.14